# Johnston, Appellant, *v.* Johnston.

*Divorce—Hopeless insanity—Act of April* 18, 1905, *P. L.* 211.
Hopeless insanity is not a ground for divorce in Pennsylvania.

Argued May 14, 1907. Appeal, No. 196, April T., 1907, by plaintiff, from decree of C. P. Butler Co., June T., 1906, No. 36, refusing divorce in case of A. V. Johnston v. Ida Johnston. Before RICE, P. J., HENDERSON, ORLADY, HEAD and BEAVER, JJ. Affirmed.

Libel for divorce. Before GALBREATH, P. J.

From the record it appeared that the ground alleged for divorce was hopeless insanity.

The court dismissed the petition.

*Error assigned* was the decree of the court.

*H. H. Goucher*, with him *Lev McQuistion*, and *C. L. Mc-Quistion*, for appellant.

No appearance for appellee.

OPINION BY ORLADY, J., October 7, 1907 :

The question involved in this case is considered and decided in Baughman v. Baughman, ante, p. 271, in which an opinion is filed herewith. For the reasons therein given the decree of the court below is affirmed.